**UNITED STATES BANKRUPTCY COURT**
**EASTERN & WESTERN DISTRICTS OF ARKANSAS**

RE:   Carey and Carla Talley                                     CASE NO: 5:10-bk-14719                                                                                  CHAPTER 13

**OBJECTION TO CLAIM NO. 2**
**FILED BY HAVERTY'S CREDIT SERVICES**

Come the debtors, **Carey and Carla Talley**, and by their attorney, BAIM, GUNTI, MOUSER, & WORSHAM, PLC, and for their Objection to Claim of Haverty's Credit Services  (hereinafter "Creditor") states:

(1)   That this is a Chapter 13 matter pending before the Court.

(2)   That Creditor filed a pre-petition secured claim at docket entry #2-1 in the amount of $1,780.65.

(3)   That Ceditor's claim was filed in the wrong case and should be disallowed as a claim in the current case.

WHEREFORE, Debtor prays that this claim be disallowed and all proper relief.

Respectfully Submitted,

/S/ Diana H. Turner
DIANA H. TURNER  (94092)
Baim, Gunti, Mouser, & Worsham

P.O. Box 5100
Pine Bluff, AR 71611
(870)534-2941